**United States Court of Appeals**

**FOR THE EIGHTH CIRCUIT**

_____

No. 96-2219EA

_____

Carolyn A. Williams,            *
                                   *
        Appellant,        *
                                   *     Appeal from the United States
   v.                   *     District Court for the Eastern
                                   *     District of Arkansas.
Shirley S. Chater,           *
Commissioner, Social Security  *        [UNPUBLISHED]
Administration,              *
                                   *
        Appellee.        *

_____

Submitted:  March 26, 1997

Filed:   March 28, 1997

_____

Before McMILLIAN, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Carolyn A. Williams appeals the district court's grant of summary judgment upholding the Social Security Commissioner's decision to deny Williams's application for disability insurance benefits. After careful review of the administrative record and the parties' submissions, we conclude substantial evidence supports the decision of the Commissioner that Williams is not disabled for Social Security purposes, and the judgment of the district court was correct. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.